FILED
2019 Sep-10 AM 09:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDWARD DWIGHT COLEMAN, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> C. GORDON, Warden, et al., ) <br> ) <br> Respondents. ) | Case No. <br> 2:18-cv-00989-AKK-JEO |

## MEMORANDUM OPINION

This is an action on a petition for a writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 by Edward Dwight Coleman, a prisoner proceeding *pro se*. On July 23, 2019, the magistrate judge entered a report recommending the petition be denied and this action dismissed with prejudice. Doc. 9. Although the petitioner was advised of his right to file specific written objections within fourteen days, no objections have been received by the court.

After careful consideration of the record in this case, including the magistrate judge's report, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendations. In accordance with the recommendation, the court finds that the petition in this matter is due to be denied and this matter is due to be dismissed.

A separate order will be entered.

The Clerk is **DIRECTED** to serve a copy of this memorandum opinion and its accompanying final judgment on the petitioner and on counsel of record.

**DONE** the 10th day of September, 2019.

                                          **ABDUL K. KALLON**
                                      UNITED STATES DISTRICT JUDGE